Martin V. W. Hall, Plaintiff, v. Woodmere Homestead Company and Others, Defendants.— Motion denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Emma Berry, as Administratrix, etc., Respondent, v. Urban Water Supply Company and Beaver Engineering and Contracting Company, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Adelaide W. Charles, as Sole Executrix, etc., Respondent, v. George B. Leonard, Appellant.— Motion denied, with leave to renew after the action has been revived against the personal representatives of the deceased defendant. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Mary L. Coen, Appellant, v. Peter H. James, Individually and as Trustee, etc., Respondent.— Motion to dismiss appeal denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

N. Dain's Sons Company, Appellant, v. Thomas McNally Company, Respondent.— Motion denied, without costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

John Deegan, an Infant, by Bridget M. Deegan, His Guardian ad Litem, Appellant, v. Homer C. Newton, Respondent.— Appeal withdrawn on consent. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Fidalma Del Genovese, as Administratrix, etc., Appellant, v. Alfredo Del Genovese, Respondent.— Motion to resettle order granted. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Elizabeth Dumser, Respondent, v. Eva Nickles, etc., Appellant.— Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

Arthur Gabie, Appellant, v. Homer C. Newton, Respondent.— Appeal withdrawn on consent. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Martin V. W. Hall, Respondent, v. Woodmere Homestead Company and Clara W. Richmond, Defendants. John McVickar Richmond, Appellant.—Motion granted to the extent of requiring appellant to correct the printed appeal book on file with the clerk of this court, so that the same shall include the affidavit of Thomas J. Stewart, verified March 12, 1914; the affidavit of Ellen Cooper, verified March 27, 1914; and the affidavit of Paul E. Mead, verified April 3, 1914, read upon the motion which resulted in the order of April 4, 1914, which has been appealed from, and also the two affidavits referred to in the affidavit of William L. Flagg, verified June 17, 1914, and amending the order appealed from by reciting these